UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Israel BARBA | Magistrate's Case No.<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about November 21, 2007, within the Southern District of California, defendant Israel BARBA did knowingly and intentionally import approximately 83.20 kilograms (183.04 pounds) of marijuana, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this _____ day of _____, 2007.

_____
United States Magistrate Judge

Page 1

United States of America
VS.
**Israel BARBA**

## STATEMENT OF FACTS

On November 21, 2007, at approximately 2215 hours, Israel BARBA entered the United States from Mexico through the San Ysidro Port of Entry, San Diego, California. BARBA was the driver, registered owner and sole occupant of a 1998 Chrysler Sebring bearing California license plate 4FWU278.

Officers of Customs and Border Protection (CBP) encountered BARBA during pre-primary roving operations. BARBA presented a California drivers license and stated he was not bringing anything from Mexico. During the interview a narcotic detector dog alerted to a narcotic odor emitting from the vehicle. A cursory inspection of the vehicle resulted in the discovery of packages wrapped with brown packaging tape under the rear seat. The vehicle and BARBA were escorted to the vehicle secondary area for further inspection.

In the vehicle secondary area, a total of 37 packages containing approximately 83.20 kilograms (183.04 pounds) of marijuana were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

Post Miranda, BARBA stated he was going to Wal-Mart off of Palm Ave. to drop off the vehicle to an unknown individual. BARBA stated he was to wait at the Wal-Mart until he received a phone call. BARBA stated he met an unknown individual in Mexico under the pedestrian bridge when he picked up the vehicle. BARBA stated that he was contacted by an individual by the name of ALBERTO (LNU) and was directed on where to pick up the vehicle. BARBA stated he has known ALBERTO for seven or eight months. BARBA stated that a price was not agreed upon or negotiated for him to drive the vehicle across the border. BARBA stated

the vehicle was his, which he has owned for a couple of weeks. BARBA stated he purchased the vehicle for $1,500.00 and just recently sold the vehicle to a relative of ALBERTO'S for $1,800.00. BARBA stated he was to deliver the vehicle to ALBERTO'S relative. BARBA denied knowledge to the drugs found in the vehicle.

BARBA was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.

Executed on November 23, 2007 at *10:10 am*

Christian Alva
Special Agent
U.S. Immigration and
Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 21, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

United States Magistrate Judge    Date/Time *11/23/07 @ 10:40 a.m.*

the vehicle was his, which he has owned for a couple of weeks. BARBA stated he purchased the vehicle for $1,500.00 and just recently sold the vehicle to a relative of ALBERTO'S for $1,800.00. BARBA stated he was to deliver the vehicle to ALBERTO'S relative. BARBA denied knowledge to the drugs found in the vehicle.

BARBA was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.

Executed on November 23, 2007 at _10:10 am_

Christian Alva
Special Agent
U.S. Immigration and
Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 21, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

_____    _____
United States Magistrate Judge         Date/Time