Law Office of Mahir T. Sherif
Mahir T. Sherif (135021)
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115

Attorney for Defendant, Israel Barba

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable Dana M. Sabraw)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No.: 07-CR-3390-001-DMS |
| Plaintiff, | ) **JOINT MOTION TO CONTINUE SENTENCING** |
| vs. | ) |
| **ISRAEL BARBA,** | ) |
| Defendant | ) |

THE PARTIES HEREBY jointly move to have the sentencing hearing for the above entitled case currently scheduled for March 28, 2008, at 9:00a.m., before the Honorable Dana M. Sabraw, be continued to **May 23, 2008 at 9:00 a.m.**

SO STIPULATED.

///

///

///

---

JOINT MOTION TO CONTINUE SENTENCING

07-CR-3390-001-DMS

-1-

Respectfully Submitted,

DATED: March 27, 2008

*s/Mahir T. Sherif*
**Mahir T. Sherif, Esq.**
Attorney for Defendant
Email: mahirsherif@sbcglobal.net

DATED: March 27, 2008

*s/Caleb Mason*
**Caleb Mason**
Assistant U.S. Attorney
Efile.dkt.gc2@usdoj.gov

**CERTIFICATE OF SERVICE**

Copy of the foregoing served electronically
or by other means on this 27th day of March, 2008 to:

**Caleb Mason**
Efile.dkt.gc2@usdoj.gov