Law Office of Mahir T. Sherif
Mahir T. Sherif (135021)
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115

Attorney for Defendant, Israel Barba

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISRAEL BARBA,<br><br>    Defendant | Case No.: 07-CR-3390-001-DMS<br><br>**JOINT MOTION TO CONTINUE SENTENCING** & ORDER |

THE PARTIES HEREBY jointly move to have the sentencing hearing for the above entitled case currently scheduled for March 28, 2008, at 9:00a.m., before the Honorable Dana M. Sabraw, be continued to **May 23, 2008 at 9:00 a.m.**

SO STIPULATED.

///

///

///

JOINT MOTION TO CONTINUE SENTENCING
07-CR-3390-001-DMS

-1-

|   |   |
|---|---|
| | Respectfully Submitted, |
| DATED: March 27, 2008 | *s/Mahir T. Sherif* <br> **Mahir T. Sherif, Esq.** <br> Attorney for Defendant <br> Email: mahirsherif@sbcglobal.net |
| DATED: March 27, 2008 | *s/Caleb Mason* <br> **Caleb Mason** <br> Assistant U.S. Attorney <br> Efile.dkt.gc2@usdoj.gov |

**CERTIFICATE OF SERVICE**

Copy of the foregoing served electronically
or by other means on this 27th day of March, 2008 to:

**Caleb Mason**
Efile.dkt.gc2@usdoj.gov

*ORDER:*

IT IS SO ORDERED.
DATED 3-28-08

_____
UNITED STATES DISTRICT JUDGE

---

JOINT MOTION TO CONTINUE SENTENCING

07-CR-3390-001-DMS

-2-